```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 09062
   TONY HERNANDEZ
   LISA A HERNANDEZ                       CHAPTER 13

                                          JUDGE: A. BENJAMIN GOLDGAR

        Debtor
   SSN XXX-XX-8885    SSN XXX-XX-1552
```

---
            TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/28/06 and confirmed on 10/06/06.

   2.  The case was dismissed after confirmation, 11/16/2007.

   3.  The Debtor paid a total of $  10263.33 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | MORTGAGE ARRE | 6303.00 | .00 | 6303.00 |
| ROUNDUP FUNDING LLC | SECURED | 1500.00 | 71.64 | 794.71 |
| BECKET & LEE LLP | UNSECURED | 17.69 | .00 | .00 |
| BANK ONE | UNSECURED | NOT FILED | .00 | .00 |
| CONDELL MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 453.00 | .00 | .00 |
| NCO FINANCIAL SRV | UNSECURED | NOT FILED | .00 | .00 |
| FIRST PREMIER BANK | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| GOOD SHEPHERD HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | 102.62 | .00 | .00 |
| ISLAND LAKE POLICE | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FINER FOODS | UNSECURED | NOT FILED | .00 | .00 |
| LAKE ZURICH FAMILY TREAT | UNSECURED | NOT FILED | .00 | .00 |
| MERCY HEALTH SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 551.82 | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| CAVALRY SPV II LLC | UNSECURED | 642.51 | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| AMERICAN COLLECTION | UNSECURED | 1920.00 | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 829.66 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1086.96 | .00 | .00 |

            Summary of disbursements:
---

```
                      SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
-------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    7803.00          .00      5604.26          .00      13407.26
PRINCIPAL PAID        7097.71          .00           .00          .00       7097.71
INTEREST PAID           71.64          .00           .00          .00         71.64
TOTAL PAID            7169.35          .00           .00          .00       7169.35
```

The Debtor's attorney, ZALUTSKY & PINSKI            , was allowed $   3000.00
and was paid $     346.00   direct and $    2654.00   through the plan.

The Trustee received $     439.98 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/08/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
        CASE NO. 06 B 09062 TONY HERNANDEZ & LISA A HERNANDEZ